OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

February 17, 2023

Alexa M. Carreno, Esq.
Jeffrey Hughes, Esq.
Jeremy D. McKay, Esq.
Robert A. Reiley, Esq.
Zachary G. Strassburger, Esq.
Jesse C. Walker, Esq.

RE: Center for Biological Diversity v. EPA, et al
Case Numbers: 21-3023/22-1012
Agency Case Number: 86 Fed. Reg. 48,908

Dear Counsel:

The above-entitled case(s) has/have been tentatively listed on the merits on **Thursday, April 13, 2023** in **PHILADELPHIA, PA.**  It may become necessary for the panel to move this case to another day within the **week of April 10, 2023.** Counsel will be notified if such a change occurs.

The panel will determine whether there will be oral argument and if so, the amount of time allocated for each side. (See Third Circuit Internal Operating Procedures, Chapter 2.1.) Approximately 18 calendar days prior to the first day of the panel sitting, you will be advised whether oral argument will be required, the amount of time allocated by the panel, and the specific date on which argument will be scheduled.

Counsel shall file an acknowledgment form **within seven (7) days** from the date of this letter, and advise the name of the attorney who will present oral argument. In addition, please indicate whether or not s/he is a member of the bar of this Court. Bar membership is not necessary if counsel represents a U.S. government agency or officer thereof or if the party is appearing pro se. If the attorney is not a member of the bar of this Court, an application for admission should be completed, which should be returned to this office without delay.

Page – 2 –                                              February 17, 2023

RE: Center for Biological Diversity v. EPA, et al
Case Numbers: 21-3023/22-1012
Agency Case Number: 86 Fed. Reg. 48,908

The hyperlinks for access to the acknowledgment form, application for admission, and appearance form are provided for your convenience, and are also available on the Third Circuit website.


Very truly yours,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*Tricia Harris*

Tricia Harris
Calendar Clerk
267-299-4905